IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff RICHARD HENDERSON-THOMAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HENDERSON-THOMAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>AB LIQUOR MARKET, INC.,<br><br>            Defendant | **Case No.** 8:25-cv-02209-JDE<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
1

1  PLEASE TAKE NOTICE that the parties have reached a settlement and are
2  in the process of executing a settlement agreement. Plaintiff anticipates that
3  dismissal documents will be filed within forty-five (45) days.
4
5
6
7
8  Dated: November 12, 2025        /s/ Irakli Karbelashvili
                                   Irakli Karbelashvili, Attorney for Plaintiff
9                                  RICHARD HENDERSON-THOMAS

NOTICE OF SETTLEMENT
2