IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff RICHARD HENDERSON-THOMAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HENDERSON-THOMAS,<br><br>              Plaintiff,<br><br>     vs.<br><br>AB LIQUOR MARKET, INC.,<br><br>              Defendant | **Case No.** 8:25-cv-02209-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

1    PLEASE TAKE NOTICE that Plaintiff RICHARD HENDERSON-

2    THOMAS dismisses this entire action with prejudice pursuant to Fed. R. Civ. P

3    41(a)(1)(A)(i).

4    Defendant has filed neither an answer nor a motion for summary judgment.

5

6

7

8

9    Dated: November 25, 2025          /s/ Irakli Karbelashvili

10                                     Irakli Karbelashvili, Attorney for Plaintiff
                                       RICHARD HENDERSON-THOMAS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

2